CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)
)
        vs    Plaintiff )   Civil Action No._____
)
Department of Homeland Security )
)
)
      Defendan )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ___plaintiff___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___plaintiff___ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

1875 Conn. Ave., NW, Suite 650
Address

Washington   DC   20009
City   State   Zip Code

202-246-6180
Phone Number