UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
CITIZENS FOR RESPONSIBILITY  )
AND ETHICS IN WASHINGTON,    )
                             )
           Plaintiff,        )
                             )
      v.                     )   Civil Action No. 08-1046 (JDB)
                             )
DEPARTMENT OF                )
HOMELAND SECURITY,           )
                             )
           Defendant.        )
_____ )
```

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's Order on August 22, 2008, requiring the parties to confer and submit by no later than September 5, 2008, a proposed briefing schedule for the filing of dispositive motions in this matter, the parties have conferred and are submitting the following joint proposed briefing schedule.

U.S. Customs and Border Protection ("CBP") has released the vast majority of responsive records that are responsive to the first part[1] of the March 17, 2008 Freedom of Information Act ("FOIA") request and invoked FOIA exemptions on certain portions of the records. U.S. Customs and Border Protection ("CBP") represents that more time is needed to process records

---

[1]As set forth in Defendant's answer (Dkt. No. 4, filed July 18, 2008), the first part of the request is as follows: "[a]ny and all records, regardless of format, dating from January 20, 2001 to the present reflecting communications concerning Ray L. Hunt, Hunt Consolidated, Inc., or any properties known to be owned by Ray L. Hunt and/or Hunt Consolidated, Inc., and the construction of fencing along the border between the U.S. and Mexico, including, but not limited to, input sought or received from Mr. Hunt and/or Hunt Consolidated on border fence construction"

responsive to the second part[2] of plaintiff's request and the parties are conferring as to an appropriate schedule for processing those records. As processing is completed and as FOIA provides, CBP expects to release the non-exempt documents or portions of those records, and withhold documents in whole or in part under any applicable FOIA exemptions.[3]

The parties therefore propose bifurcating the dispositive motion into two separate motions. Defendant will file its partial dispositive motion addressing only the first part of the request no later than October 10, 2008. Plaintiff will then file its partial opposition and cross-motion for summary judgment no later than November 7, 2008. Defendant will file its opposition and reply no later than November 21, 2008 and plaintiff will file its reply no later than December 9, 2008.

---

[2]As set forth in Defendant's answer (Dkt. No. 4, filed July 18, 2008), the second part of the request is as follows: "[a]ny and all records, regardless of format, concerning deliberations, standards, and criteria encompassing the decision-making process surrounding where SBI fencing should be constructed along the U.S. border with Mexico. This request excludes any records relating to fencing done prior to the inception of the Secure Border Initiative (i.e., pre-existing OBP fencing), as well as any procurement and contract-related records, with the exception of records referencing the rationale for any changes in SBI-related fence location."

[3]Defendant will be filing a separate Motion addressing the second part of the plaintiff's FOIA request.

| | |
|---|---|
| Dated: September 5, 2005 | Respectfully submitted, |

| | |
|---|---|
|    /s/    |    /s/    |
| DAVID L. SOBEL, D.C. Bar #360418 | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| 1875 Connecticut Ave. N.W., Suite 650 | United States Attorney |
| Washington, D.C. 20009 | |
| 202-246-6180 |    /s/    |
| | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
|    /s/    | Assistant United States Attorney |
| ANNE L. WEISMANN | |
| D.C. Bar # 298190 |    /s/    |
| MELANIE SLOAN | CINDY OWENS, D.C. BAR # 491465 |
| D.C. Bar # 434584 | Special Assistant United States Attorney |
| Citizens for Responsibility and | Civil Division |
|   Ethics in Washington | 555 4th Street, N.W. |
| 1400 Eye Street, N.W., Suite 450 | Washington, D.C. 20530 |
| Washington, D.C. 20005 | (202) 616-2257 |
| 202-408-5565 | (202) 514-8780 (fax) |
| | cindy.owens@usdoj.gov |
| | |
| Counsel for Plaintiff | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY )
AND ETHICS IN WASHINGTON, )
                             )
      Plaintiff,      )
                             )
      v.              )   Civil Action No. 08-1046 (JDB)
                             )
DEPARTMENT OF                )
HOMELAND SECURITY,           )
                             )
      Defendant.      )
_____)

**ORDER**

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby ordered that defendant's partial dispositive motion is due no later than October 10, 2008. Plaintiff will file its opposition and cross-motion for summary judgment no later than November 7, 2008. Defendant will file its opposition and reply no later than November 21, 2008 and plaintiff will file its reply no later than December 9, 2008.

_____
U.S. DISTRICT JUDGE JOHN D. BATES

Dated: _____, 2008